Melanie L. Proctor (SBN 228971)
BACKSTOP LEGAL
11135 San Pablo Avenue, # 2547
El Cerrito, California 94530
(510) 417-7269
melanie@backstoplegal.com

*Attorney for Petitioner*
*Gilmer Abimael Cox Ramirez*

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GILMER ABIMAEL COX RAMIREZ,<br>Petitioner,<br>v.<br>WARDEN, CALIFORNIA CITY IMMIGRATION PROCESSING CENTER,<br>Respondent. | Case No.: 1:26-CV-4383 DJC CSK<br><br>**PETITIONER'S NOTICE OF VOLUNTARY DISMISSAL (FED. R. CIV. P. 41(a)(2)); ORDER** |

Petitioner Gilmer Abimael Cox Ramirez hereby notifies the Court that he voluntarily dismisses his habeas petition and withdraws his motion for a temporary restraining order and preliminary injunction. Respondent does not oppose Petitioner's voluntary dismissal.

Petitioner initiated this action on or about June 8, 2026, filing a pro se habeas petition pursuant to 28 U.S.C. § 2241. Dkt. 1. Respondent filed a return on or about June 16, 2026. Dkt. 5. Upon reviewing the return, the Court directed the appointment of counsel. Dkt. 8. The Court appointed counsel on July 15, 2026. Dkt. 9.

Petitioner, through counsel, filed a traverse on July 24, 2026. Dkt. 11. On August 17, 2026, when Petitioner appeared pro se at a master calendar hearing (akin to a status conference) in immigration court, the immigration judge ordered Petitioner removed to Guatemala. Dkt. 12, 12-1. Accordingly, on August 23, 2026, Petitioner moved for a temporary restraining order preventing Respondent from moving him from California and requested that the Court issue preliminary injunction. Dkt. 13. On August 24, 2026, at 1:59 a.m. PDT, Petitioner filed a

supplemental statement, noting that Respondent would not agree to not transfer him to another state, and requested the Court to enter the TRO to prevent his removal from California. Dkt. 14.

On August 24, 2026, at 5:07 p.m. PDT, undersigned counsel received a notification that Respondent had transferred Petitioner to a detention facility in El Paso, Texas. On August 25, 2026, at 11:19 a.m. PDT, the Court set a briefing schedule on Petitioner's motion. Dkt. 15. That same evening, Respondent transferred Petitioner to Louisiana. These transfers are reflected on ICE's detainee locator website:

Detainee Transfer Notifications

| Client Last Name | Client First Name | Notification Type | Date of Notification | AOR | Detention Location | Facility Address |
|---|---|---|---|---|---|---|
| COX RAMIREZ | GILMER | Detainee Transfer | 2026-08-25 19:01:51 | NOL | JACKSON PARISH CORRECTIONAL CENTER | 327 INDUSTRIAL DRIVE JONESBORO, LA 7125... |
| COX RAMIREZ | GILMER | Detainee Transfer | 2026-08-24 17:07:08 | ELP | ERO EL PASO CAMP EAST MONTANA | 6920 DIGITAL RD EL PASO, TX 79936 |

The transfers cancelled two appointments with undersigned counsel.

Considering his continued detention and two transfers, Petitioner has decided to voluntarily dismiss his habeas petition; accordingly, he also withdraws his motion for a temporary restraining order and preliminary injunction.

Dated: August 31, 2026

Respectfully submitted,

BACKSTOP LEGAL

/s/Melanie L. Proctor

MELANIE L. PROCTOR
*Attorney for Petitioner*

**ORDER**

Petitioner Gilmer Abimael Cox Ramirez has notified the Court that he voluntarily dismisses his habeas petition and accordingly withdraws his motion for a temporary restraining order and preliminary injunction, pursuant to Rule 41(a)(2). Respondent has filed a return to the habeas petition and an opposition to the motion for a TRO/preliminary injunction; however, there are no pending counterclaims. Respondent does not oppose dismissal. Accordingly, the Court hereby dismisses the habeas petition without prejudice. All pending deadlines are terminated.

The Clerk of the Court shall close this case to reflect Petitioner's notice of voluntary dismissal and terminate all deadlines and motions.

Dated: August 31, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE